

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 2-08-204-CV

IN RE JEFFREY D. WESTBROOK                                    RELATOR

------------

ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relator's petition for writ of mandamus and petition for temporary restraining order or preliminary injunction and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

JOHN CAYCE
CHIEF JUSTICE

PANEL A: CAYCE, C.J.; WALKER and MCCOY, JJ.

WALKER, J. would grant.

DELIVERED: June 5, 2008

-------------------------

[1] See Tex. R. App. P. 47.4.